IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED SENIORS ASSOCIATION, INC., as a private attorney general, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PHILIP MORRIS USA, R.J. REYNOLDS )<br>TOBACCO COMPANY, BROWN & )<br>WILLIAMSON TOBACCO CORPORATION, )<br>individually and as the successor to )<br>THE AMERICAN TOBACCO COMPANY, )<br>LORILLARD TOBACCO COMPANY, INC., )<br>and LIGGETT GROUP, INC., )<br>)<br>Defendants. ) | Case No.<br><br>JURY TRIAL DEMANDED<br><br>05 - 11623 RGS |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.3 of LR, D. Mass., Plaintiff United Seniors Association, Inc. hereby states that it has no parent corporation and there is no publicly-held company that owns more than 10% or more of the Plaintiff's stock.

By: _____
Raymond P. Ausrotas (BBO # 640315)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
Telephone: (617) 720-2626
Facsimile: (617) 227-5777

As Counsel for Plaintiff United Seniors Association, Inc.

Dated:    August 4, 2005