# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

UNITED SENIORS ASSOCIATION, INC.,
as a private attorney general,

V.

PHILIP MORRIS USA, R.J. REYNOLDS
TOBACCO COMPANY, BROWN & WILLIAMSON
TOBACCO CORPORATION, Individually
and as the Successor to THE
AMERICAN TOBACCO COMPANY,
LORILLARD TOBACCO COMPANY,
INC. and LIGGETT GROUP, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05 - 11623 RGS

TO: (Name and address of Defendant)    R.J. Reynolds Tobacco Company
c/o Prentice-Hall Corporation System, Inc.
84 State Street
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher Weld, Jr.
Kevin T. Peters
Raymond P. Ausrotas
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

_8-4-05_
DATE

| Service of the Summons and Complaint was made by me (1) | DATE | |
|---|---|---|
| | **August 16, 2005** | |

| **NAME OF SERVER** | **BURTON M. MALKOFSKY** | **TITLE** | **Process Server / A Disinterested Person** |
|---|---|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____ , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:

_____

Said service was made at: _____ , MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to <u>Bernardo Montanez, Receptionist for Prentice-Hall Corporation System,</u>
Inc., Registered
Only Authorized Agent for the within-named <u>Defendant, R.J. Reynolds Tobacco Company.</u>

Said service was made at:

<u>84 State Street, Boston</u> , MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| | SERVICE FEE $ | 24.00 | **Trips** | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____**August 16, 2005**_____     _____
                                      Date                    Signature of Server

                                      One Devonshire Place, Boston, Massachusetts
                                      Address of Server

### ADDITIONAL INFORMATION

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE _____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | | FEE |
|---|---|---|---|---|
| | | | | $ _____ |
| | | | | $ _____ |
| | | | | $ _____ |
| | | | | $ _____ |
| | | | | $ _____ |
| | | | | $ _____ |
| | | | **TOTAL** | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**          **One Devonshire Place**          Telephone # (617) 720-5733
**Massachusetts Constables since 1925**   **Boston, MA 02109**              Fax #        (617) 720-5737