# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

UNITED SENIORS ASSOCIATION, INC.,
as a private attorney general,

v.

PHILIP MORRIS USA, R.J. REYNOLDS
TOBACCO COMPANY, BROWN & WILLIAMSON
TOBACCO CORPORATION, Individually
and as the Successor to THE
AMERICAN TOBACCO COMPANY,
LORILLARD TOBACCO COMPANY,
INC. and LIGGETT GROUP, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05-11623 RGS

TO: (Name and address of Defendant)

Liggett Group, Inc.
c/o CT Corporation Systems
101 Federal Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher Weld, Jr.
Kevin T. Peters
Raymond P. Ausrotas
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  8-4-05

RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE  August 16, 2005 |
| NAME OF SERVER  BURTON M. MALKOFSKY | TITLE  Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to  Yvette Concepcion, Receptionist for CT Corporation Systems, Registered

~~Duly Authorized~~ Agent for the within-named   Defendant, Liggett Group, Inc.

Said service was made at:

101 Federal Street, Boston _____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| SERVICE FEE $ | 15.00 | Trips |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   August 16, 2005
  Date

Signature of Server: *Burton M Malkofsky*

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | TOTAL | $ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

| | | |
|---|---|---|
| Suvalle, Jodrey & Associates  Massachusetts Constables since 1925 | One Devonshire Place  Boston, MA 02109 | Telephone # (617) 720-5733  Fax #    (617) 720-5737 |