IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED SENIORS ASSOCIATION, INC., as a private attorney general,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP MORRIS USA, R.J. REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, individually and as the successor to THE AMERICAN TOBACCO COMPANY, LORILLARD TOBACCO COMPANY, INC., and LIGGETT GROUP, INC.,<br><br>Defendants. | Case No. 05-11623-RGS |

## NOTICE OF APPEARANCE

*TO THE CLERK OF THE ABOVE COURT:*

Please enter my appearance as counsel for Plaintiff United Seniors Association, Inc. in the above-entitled action.

_____
Kevin T. Peters, Esq.
TODD & WELD LLP
28 State Street
Boston, MA 02109
(617) 720-2626
BBO# 550522

Dated: August 25, 2005