UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED SENIORS ASSOCIATION, INC., as a private attorney general,<br><br>        Plaintiff,<br><br>    v.<br><br>PHILIP MORRIS USA, RJ REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, individually and as the successor to THE AMERICAN TOBACCO COMPANY, LORILLARD TOBACCO COMPANY, INC., and LIGGETT GROUP, INC.,<br><br>        Defendants. | Civil Action No. 05-11623-RGS |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, defendant Philip Morris USA Inc., by its undersigned counsel, states as follows:

Parent Corporations:  Altria Group, Inc.

Publicly-Held Companies Owning More Than 10% of Philip Morris USA Inc.:  Altria Group, Inc.

                                    Respectfully submitted,

                                    PHILIP MORRIS USA INC.


                                    /s/ Michael K. Murray
                                    Michael K. Murray (BBO # 563804)
                                    GOODWIN PROCTER LLP
                                    Exchange Place
                                    53 State Street
                                    Boston, MA 02109
                                    617.570.1000
                                    617.523.1231 (fax)

Dated:  September 2, 2005

LIBA/1581200.1