UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED SENIORS ASSOCIATION, INC., as a private attorney general,<br><br>    Plaintiff,<br><br>    v.<br><br>PHILIP MORRIS USA, RJ REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, individually and as the successor to THE AMERICAN TOBACCO COMPANY, LORILLARD TOBACCO COMPANY, INC., and LIGGETT GROUP, INC.,<br><br>    Defendants. | Civil Action No. 05-11623-RGS |

**JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND TO ESTABLISH A BRIEFING SCHEDULE**

1.  Defendants intend to respond to the Complaint by filing a motion to dismiss and/or other motion(s) dispositive of the litigation before this Court.  Plaintiff United Seniors Association, Inc., by its undersigned counsel, hereby stipulates and agrees that the time within which each Defendant must file any such motion(s) is extended to, and including, Monday, October 24, 2005.

2.  The parties stipulate and agree that Plaintiff shall file on or before December 19, 2005, its opposition(s) to any motion(s) filed by Defendants pursuant to Paragraph 1; and that Defendants shall file on or before January 9, 2006, any Reply or Replies to such motion(s).

3.  The parties further stipulate to a stay of all scheduling conferences and discovery obligations pending the resolution of any motion(s) filed pursuant to Paragraph 1, and are available to meet with the Court to discuss, if necessary, at the Court's convenience.

Respectfully submitted,

| UNITED SENIORS ASSOCIATION, INC. | PHILIP MORRIS USA INC. |
|---|---|
| /s/ Christopher Weld, Jr.<br>Christopher Weld Jr. (BBO #522230)<br>Kevin T. Peters (BBO #550522)<br>Raymond P. Ausrotas (BBO #640315)<br>TODD & WELD LLP<br>28 State Street, 31st Floor<br>Boston, MA 02109<br>(617)720-2626 | /s/ Michael K. Murray<br>Michael K. Murray (BBO #563804)<br>GOODWIN PROCTOR<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>(617)570-1000<br>(617)523-1231 (fax) |
| R.J. REYNOLDS TOBACCO COMPANY | LORILLARD TOBACCO COMPANY, INC. |
| /s/ Thomas E. Peisch<br>Thomas E. Peisch (BBO #393270)<br>CONN KAVANAUGH ROSENTHAL<br>PEISCH & FORD LLP<br>Ten Post Office Square<br>Boston, MA 02109<br>(617)482-8200 | /s/ Scott E. Erlich<br>Scott E. Erlich (BBO #637202)<br>NUTTER, MCCLENNEN & FISH LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2604<br>(617)439-2965<br><br>Gay Tedder<br>Andrew Carpenter<br>SHOOK, HARDY & BACON LLP<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>(816) 474-6550 |
| LIGGETT GROUP, INC. | BROWN & WILLIAMSON TOBACCO CORP., Individually and as the successor to AMERICAN TOBACCO CO. |
| /s/ Patricia A Hartnett<br>Patricia A. Hartnett (BBO #568206)<br>CORNELL & GOLUB<br>75 Federal Street<br>Boston, Massachusetts 02110<br>Phone: (617) 482-8100 | /s/ Thomas E. Peisch<br>Thomas E. Peisch (BBO #393270)<br>CONN KAVANAUGH ROSENTHAL<br>PEISCH & FORD LLP<br>Ten Post Office Square<br>Boston, MA 02109<br>(617)482-8200 |

Dated: September 2, 2005
LIBA/1581817.1