UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED SENIORS ASSOCIATION, INC.,
as a private attorney general,

      Plaintiff,

v.

PHILIP MORRIS USA, RJ REYNOLDS TOBACCO
COMPANY, BROWN & WILLIAMSON TOBACCO
CORPORATION, individually and as the successor to
THE AMERICAN TOBACCO COMPANY,
LORILLARD TOBACCO COMPANY, INC., and
LIGGETT GROUP, INC.,

      Defendants.

Civil Action No. 05-11623-RGS

## CORPORATE DISCLOSURE STATEMENT FOR
## BROWN AND WILLIAMS TOBACCO CORPORATION

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, defendant Brown & Williamson Tobacco Corporation, a Delaware corporation, states through its undersigned counsel that Brown & Williamson is wholly owned by BATUS Tobacco Services, LLC, which is a non-public holding company. Brown & Williamson's ultimate parent is British American Tobacco, p.l.c., which is a publicly held United

Kingdom corporation. All other indirect parent companies of Brown & Williamson are non-public companies.

Respectfully submitted,

BROWN & WILLIAMSON TOBACCO CORP.,
Individually and as the successor to AMERICAN
TOBACCO CO.

*/s/ Thomas E. Peisch*
Thomas E. Peisch (BBO #393270)
CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD LLP
Ten Post Office Square
Boston, MA 02109
(617)482-8200

Dated: September 2, 2005

### CERTIFICATE OF SERVICE

I, Michael K. Murray, do hereby certify that on September 2, 2005, the foregoing Corporate Disclosure Statement for Brown and Williams Tobacco Corporation has been duly served by delivering a copy of same by first-class mail, postage-prepaid upon all counsel of record.

Dated: September 2, 2005                                   */s/ Michael K. Murray*
                                                           Michael K. Murray

LIBA/1581828.1

2