UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED SENIORS ASSOCIATION, INC., as a private attorney general,<br><br>    Plaintiff,<br><br>v.<br><br>PHILIP MORRIS USA, RJ REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, individually and as the successor to THE AMERICAN TOBACCO COMPANY, LORILLARD TOBACCO COMPANY, INC., and LIGGETT GROUP, INC.,<br><br>    Defendants. | Civil Action No. 05-11623-RGS |

## CORPORATE DISCLOSURE STATEMENT FOR LIGGETT GROUP INC.

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, defendant Liggett Group Inc., by its undersigned counsel, states that it is a wholly owned, indirect subsidiary of Vector Group Ltd. Vector Group Ltd.'s stock is publicly traded on the New York Stock Exchange.

Respectfully submitted,

LIGGETT GROUP, INC.

_____
Patricia A. Hartnett (BBO #568206)
CORNELL & GOLUB
75 Federal Street
Boston, Massachusetts 02110
Phone: (617) 482-8100

Dated: September 2, 2005

LIBA/1581858.1

## CERTIFICATE OF SERVICE

I, Michael K. Murray, do hereby certify that on September 2, 2005, the foregoing Corporate Disclosure Statement for Liggett Group Inc. has been duly served by delivering a copy of same by first-class mail, postage-prepaid upon all counsel of record.

Dated: September 2, 2005

                                          Michael K. Murray

LIBA/1581858.1