UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED SENIORS ASSOCIATION, INC., as a private attorney general,<br><br>      Plaintiff,<br><br>v.<br><br>PHILIP MORRIS USA, RJ REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, individually and as the successor to THE AMERICAN TOBACCO COMPANY, LORILLARD TOBACCO COMPANY, INC., and LIGGETT GROUP, INC.,<br><br>      Defendants. | Civil Action No. 05-11623-RGS |

## CORPORATE DISCLOSURE STATEMENT FOR R.J. REYNOLDS TOBACCO COMPANY

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, defendant R.J. Reynolds Tobacco Company, a North Carolina corporation and the successor by merger to R.J. Reynolds Tobacco Company, a New Jersey corporation, states through its undersigned counsel that the existing R.J. Reynolds Tobacco Company is a wholly

owned, indirect subsidiary of Reynolds American, Inc., which is a Delaware corporation. Brown & Williamson Tobacco Corporation holds more than 10% of the stock of Reynolds American, Inc.

                Respectfully submitted,

                R.J. REYNOLDS TOBACCO COMPANY

                /s/ Thomas E. Peisch (mkm)
                Thomas E. Peisch (BBO #393270)
                CONN KAVANAUGH ROSENTHAL
                  PEISCH & FORD LLP
                Ten Post Office Square
                Boston, MA 02109
                (617)482-8200

Dated: September 2, 2005

## CERTIFICATE OF SERVICE

I, Michael K. Murray, do hereby certify that on September 2, 2005, the foregoing Corporate Disclosure Statement for R.J. Reynolds Tobacco Company has been duly served by delivering a copy of same by first-class mail, postage-prepaid upon all counsel of record.

Dated: September 2, 2005                              /s/ Michael K. Murray

LIBA/1581825.1