UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED SENIORS ASSOCIATION, INC., as a private attorney general,<br><br>       Plaintiff,<br><br>v.<br><br>PHILIP MORRIS USA, RJ REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, individually and as the successor to THE AMERICAN TOBACCO COMPANY, LORILLARD TOBACCO COMPANY, INC., and LIGGETT GROUP, INC.,<br><br>       Defendants. | Civil Action No. 05-11623-RGS |

## CORPORATE DISCLOSURE STATEMENT FOR LORILLARD TOBACCO COMPANY

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, defendant Lorillard Tobacco Company, Inc., by its undersigned counsel, states that it is wholly owned by Lorillard, Inc. Lorillard Inc. is wholly owned by Loews Corporation. Shares of Loews Corporation are publicly traded. Loews Corporation has also issued Carolina Group stock, a publicly traded tracking stock.

                                   Respectfully submitted,

                                   LORILLARD TOBACCO COMPANY, INC.

                                   *Gay Tedder* (MKM)
                                   Gay Tedder
                                   Andrew Carpenter
                                   SHOOK, HARDY & BACON LLP
                                   2555 Grand Boulevard
                                   Kansas City, Missouri 64108-2613
                                   (816) 474-6550

Dated: September 2, 2005
LIBA/1581831.1

## CERTIFICATE OF SERVICE

I, Michael K. Murray, do hereby certify that on September 2, 2005, the foregoing Corporate Disclosure Statement for Lorillard Tobacco Company has been duly served by delivering a copy of same by first-class mail, postage-prepaid upon all counsel of record.

Dated: September 2, 2005

                                               Michael K. Murray

LIBA/1581831.1