UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED SENIORS ASSOCIATION, INC., as a private attorney general,<br><br>        Plaintiff,<br><br>    v.<br><br>PHILIP MORRIS USA, RJ REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, individually and as the successor to THE AMERICAN TOBACCO COMPANY, LORILLARD TOBACCO COMPANY, INC., and LIGGETT GROUP, INC.,<br><br>        Defendants. | Civil Action No. 05-11623-RGS |

## NOTICE OF APPEARANCE OF MICHAEL K. MURRAY

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Michael K. Murray of Goodwin Procter LLP as one of the counsel of record for Philip Morris USA Inc. in the above-captioned matter.

                                          Respectfully submitted,

                                          PHILIP MORRIS USA INC.
                                          By its attorneys,

                                          /s/ Michael K. Murray
                                          Michael K. Murray (BBO #563804)
                                          GOODWIN PROCTOR
                                          Exchange Place
                                          53 State Street
                                          Boston, MA 02109
                                          (617)570-1000

Dated: September 13, 2005

LIBA/1582283.1