UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-11623 RGS

UNITED SENIORS ASSOCIATION, INC., as a private
attorney general
        Plaintiff,

v.

PHILIP MORRIS USA,
R.J. REYNOLDS TOBACCO COMPANY,
BROWN & WILLIAMSON TOBACCO CORPORATION,
Individually and as The Successor to The American Tobacco Company,
LORILLARD TOBACCO COMPANY, INC. and
LIGGETT GROUP, INC.
        Defendants.

To The Clerk Of The Above Named Court:

    In accordance with Local Rule 83.5.2, please enter my appearance as attorney for defendant Liggett Group Inc. in the above-referenced matter.

                              Defendant,
                              Liggett Group Inc.,
                              By its attorneys,

                              David H. Sempert, BBO #451560
                              Cornell & Gollub
                              75 Federal Street
                              Boston, MA 02110
                              Telephone: (617) 482-8100
                              Facsimile: (617) 482-3917

CERTIFICATE OF SERVICE

    I, Patricia A. Hartnett, attorney for defendant Liggett Group Inc. hereby certify that the 15th day of September, 2004, the foregoing Notice of Appearance was served by first-cl mail, postage prepaid, directed to:

Christopher Weld, Jr., Esq.
Kevin T. Peters, Esq.
Raymond T. Ausrotas, Esq.
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109

Robert J. Cynkar, esq.
Joseph E. Egan, Esq.
Charles J. Fitzpatrick, Esq.
Egan, Fitzpatrick, Malsch & Cynkar, PLLC
The American Center At Tysons Corner
8300 Boone Boulevard, Suite 340
Vienna, VA 22182

Jonathan W. Cuneo, Esq.
Cuneo, Gilbert & DaLuca, LLP
507 C. Street N.E.
Washington, DC 20002

Michael K. Murray, Esq.
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109

Thomas E. Peisch, Esq.
Conn Kavanaugh Rosenthal Peisch
    & Ford LLP
Ten Post Office Square
Boston, MA 02109

Gay Tedder, Esq.
Andrew Carpenter, Esq.
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613

                                              Patricia A. Hartnett