# UNITED STATES DISTRICT COURT

District of _____MASSACHUSETTS_____

UNITED SENIORS ASSOCIATION, INC.,
as a private attorney general,

V.

PHILIP MORRIS USA, R.J. REYNOLDS
TOBACCO COMPANY, BROWN & WILLIAMSON
TOBACCO CORPORATION, Individually
and as the Successor to THE
AMERICAN TOBACCO COMPANY,
LORILLARD TOBACCO COMPANY,
INC. and LIGGETT GROUP, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05 - 11623 RGS

TO: (Name and address of Defendant)

Brown & Williamson Tobacco Corporation,
Individually and as the Successor to The
American Tobacco Company
c/o Susan M. Ivey, President & CEO
   200 Brown & Williamson Tower
   Louisville, KY 40202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher Weld, Jr.
Kevin T. Peters
Raymond P. Ausrotas
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

8-4-05

DATE