## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED SENIORS ASSOCIATION, INC., as a private attorney general,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP MORRIS USA, R.J. REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, individually and as the successor to THE AMERICAN TOBACCO COMPANY, LORILLARD TOBACCO COMPANY, INC., and LIGGETT GROUP, INC.,<br><br>Defendants. | Case No. 05-11623-RGS |

### AFFIDAVIT OF PROOF OF SERVICE

I, Raymond P. Ausrotas, attorney for the Plaintiff United Seniors Association, Inc., certify that notice of service of process in the above-captioned case was made upon the Defendant Brown & Williamson Tobacco Corporation, Individually and as Successor to The American Tobacco Company, a Summons and Complaint was sent to this Defendant by certified mail, return receipt requested and that said receipt is attached hereto as Exhibit A.

I further depose and say that I have complied with the provisions of federal law.

Raymond P. Ausrotas (BBO# 640315)
TODD & WELD LLP
28 State Street
Boston, MA 02109
(617) 720-2626

Dated: 10/3/05

# EXHIBIT A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _Sheila Meredith_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery  8-19-05 |
| 1. Article Addressed to:<br><br>Susan M. Ivey, President and CEO<br>Brown & Williamson Tobacco Corporation,<br>  Individually and as Successor to<br>  The American Tobacco Company<br>200 Brown & Williamson Tower<br>Louisville, KY 40202 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number  (Transfer from service label) | 7004 2510 0001 6236 4430 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

RPA

**TODD & WELD LLP**
ATTORNEYS AT LAW
28 STATE STREET
BOSTON, MASSACHUSETTS 02109