UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED SENIORS ASSOCIATION, INC., as a private attorney general,<br><br>        Plaintiff,<br><br>    v.<br><br>PHILIP MORRIS USA, RJ REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, individually and as the successor to THE AMERICAN TOBACCO COMPANY, LORILLARD TOBACCO COMPANY, INC., and LIGGETT GROUP, INC.,<br><br>        Defendants. | Civil Action No. 05-11623-RGS |

**DEFENDANTS' UNOPPOSED REQUEST FOR LEAVE TO SUBMIT A
BRIEF IN EXCESS OF TWENTY (20) PAGES
<u>IN SUPPORT OF THEIR MOTION TO DISMISS</u>**

Pursuant to Rule 7.1(B)(4) of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned defendants respectfully request leave to submit a memorandum of law of up to 35 pages in support of their motion to dismiss. As grounds for this request, the undersigned defendants state as follows:

1.      By "Joint Stipulation to Extend Time to Answer or Otherwise Respond to the Complaint and to Establish a Briefing Schedule," which this Court approved, the parties agreed that defendants would file a motion to dismiss by October 24, 2005.

2.      The undersigned defendants will jointly submit a single brief in support of a single motion to dismiss, thereby reducing the paperwork.

3.      The motion to dismiss is potentially case dispositive.

4. The additional pages are reasonably necessary to properly address numerous and important legal issues, and are intended to aid the court in resolving this matter. The proposed length of the brief is also appropriate given plaintiffs' claims (plaintiffs allege their claims are worth billions of dollars). Briefs of similar length were submitted in substantively identical cases. *See Glover v. Philip Morris USA*, 380 F. Supp. 2d 1279 (M.D. Fla. 2005), *appeal pending*; *Mason v. American Tobacco Co.*, 212 F. Supp. 2d 88 (2002).

5. Defendants have discussed this request with plaintiffs' counsel, and they do not oppose the relief requested herein.

WHEREFORE, the undersigned defendants respectfully request that the Court grant them leave to submit a brief of up to 35 pages in support of their motion to dismiss.

| R.J. REYNOLDS TOBACCO COMPANY | PHILIP MORRIS USA INC. |
|---|---|
| /s/ Thomas E. Peisch | /s/ Michael K. Murray |
| Thomas E. Peisch (BBO #393270) | Michael K. Murray (BBO #563804) |
| CONN KAVANAUGH ROSENTHAL PEISCH & FORD LLP | GOODWIN PROCTOR |
| Ten Post Office Square | Exchange Place |
| Boston, MA 02109 | 53 State Street |
| (617)482-8200 | Boston, MA 02109 |
| | (617)570-1000 |
| | (617)523-1231 (fax) |
| LIGGETT GROUP, INC. | LORILLARD TOBACCO COMPANY, INC. |
| /s/ Patricia A Hartnett | /s/ Scott E. Erlich |
| Patricia A. Hartnett (BBO #568206) | Scott E. Erlich (BBO #637202) |
| CORNELL & GOLLUB | NUTTER, MCCLENNEN & FISH LLP |
| 75 Federal Street | World Trade Center West |
| Boston, Massachusetts 02110 | 155 Seaport Boulevard |
| Phone: (617) 482-8100 | Boston, MA 02210-2604 |
| | (617)439-2965 |

| | |
|---|---|
| BROWN & WILLIAMSON TOBACCO CORP., Individually and as the successor to AMERICAN TOBACCO CO. | Gay Tedder<br>Andrew Carpenter<br>SHOOK, HARDY & BACON LLP<br>2555 Grand Boulevard<br>Kansas City, Missouri  64108-2613<br>(816) 474-6550 |

  /s/  Thomas E. Peisch
Thomas E. Peisch  (BBO #393270)
CONN KAVANAUGH ROSENTHAL PEISCH & FORD LLP
Ten Post Office Square
Boston, MA 02109
(617)482-8200

Dated:  October 19, 2005
LIBA/1639510.1

3