## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED SENIORS ASSOCIATION, INC., as a private attorney general,<br><br>            Plaintiff,<br><br>            v.<br><br>PHILIP MORRIS USA, R.J. REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, individually and as the successor to THE AMERICAN TOBACCO COMPANY, LORILLARD TOBACCO COMPANY, INC., and LIGGETT GROUP, INC.,<br><br>            Defendants. | **ORAL ARGUMENT REQUESTED**<br>Case No. 05-11623 RGS |

## DEFENDANTS' MOTION TO DISMISS OR TRANSFER

For the reasons set forth in the accompanying memorandum of law, Defendants hereby move this Court for an order dismissing plaintiff's complaint, or, in the alternative, transferring this case to the United States District Court for the Middle of Florida.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Rule 7.1(D) of the Local Rules for the United States District Court for the District of Massachusetts, defendants respectfully request oral argument. Among other things, this motion involves important issues of law and it appears that oral argument will aid the Court in the disposition of this motion.

Respectfully submitted,

| R.J. REYNOLDS TOBACCO COMPANY | PHILIP MORRIS USA INC. |
|---|---|
| /s/ Thomas E. Peisch<br>Thomas E. Peisch (BBO #393270)<br>CONN KAVANAUGH ROSENTHAL<br>PEISCH & FORD LLP<br>Ten Post Office Square<br>Boston, MA 02109<br>(617)482-8200 | /s/ Michael K. Murray<br>Michael K. Murray (BBO #563804)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>(617)570-1000<br>(617)523-1231 (fax)<br><br>Murray R. Garnick<br>Robert A. McCarter<br>ARNOLD & PORTER LLP<br>555 12th Street NW<br>Washington, DC 20004<br>(202)942-5000<br>(202)942-5999 (fax) |
| LIGGETT GROUP, INC. | LORILLARD TOBACCO COMPANY, INC. |
| /s/ Patricia A Hartnett<br>Patricia A. Hartnett (BBO #568206)<br>CORNELL & GOLLUB<br>75 Federal Street<br>Boston, Massachusetts 02110<br>Phone: (617) 482-8100 | /s/ Scott E. Erlich<br>Scott E. Erlich (BBO #637202)<br>NUTTER, MCCLENNEN & FISH LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2604<br>(617)439-2965 |
| BROWN & WILLIAMSON TOBACCO CORP., Individually and as the successor to AMERICAN TOBACCO CO.<br><br>/s/ Thomas E. Peisch<br>Thomas E. Peisch (BBO #393270)<br>CONN KAVANAUGH ROSENTHAL<br>PEISCH & FORD LLP<br>Ten Post Office Square<br>Boston, MA 02109<br>(617)482-8200 | Gay Tedder<br>Andrew Carpenter<br>SHOOK, HARDY & BACON LLP<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>(816) 474-6550 |

Dated: October 24, 2005

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

The undersigned counsel hereby certifies that the parties have conferred and attempted in good faith to resolve or narrow the issues raised by this motion, but were unable to reach agreement.

/s/ Michael K. Murray
Michael K. Murray (BBO #563804)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617)570-1000
(617)523-1231 (fax)
*On behalf of all Defendants*