IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED SENIORS ASSOCIATION, INC., as a private attorney general,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP MORRIS USA, R.J. REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, individually and as the successor to THE AMERICAN TOBACCO COMPANY, LORILLARD TOBACCO COMPANY, INC., and LIGGETT GROUP, INC.,<br><br>Defendants. | Case No. 05-11623 RGS |

**PROPOSED TRANSFER ORDER**

AND NOW, this _____ day of _____, 2005, upon consideration of Defendants' Motion to Dismiss or Transfer, and memorandum of law in support thereof, it is hereby ORDERED that Defendants' Motion to Transfer is GRANTED for the reasons set forth therein. This case is transferred to the United States District Court for the Middle District of Florida and, with consent of that court, assigned to Hon. Timothy J. Corrigan, U.S.D.J.

BY THE COURT:

_____
Hon. Richard G. Stearns, U.S.D.J.