UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED SENIORS ASSOCIATION, INC.,<br>as a private attorney general,<br><br>       Plaintiff,<br><br>  v.<br><br>PHILIP MORRIS USA, RJ REYNOLDS TOBACCO<br>COMPANY, BROWN & WILLIAMSON TOBACCO<br>CORPORATION, individually and as the successor to<br>THE AMERICAN TOBACCO COMPANY,<br>LORILLARD TOBACCO COMPANY, INC., and<br>LIGGETT GROUP, INC.,<br><br>      Defendants. | Civil Action No. 05-11623-RGS |

## <u>UNOPPOSED MOTION FOR ADMISSIONS PRO HAC VICE</u>

Pursuant to Local Rule 83.5.3(b), defendant Philip Morris USA Inc. ("PM USA"), by its undersigned attorneys, hereby moves for the admission *pro hac vice* of their counsel, Murray R. Garnick, Geoffrey J. Michael, and Robert A. McCarter, III.  In support of its motion, PM USA states as follows:

1.      Murray R. Garnick has prepared a certificate in accordance with Local Rule 83.5.3, attached hereto as Exhibit A, certifying that:  (i) Mr. Garnick is a member in good standing of the Bars of the District of Columbia, the United States Court of Appeals for the Second Circuit, Third Circuit, Fourth Circuit, Sixth Circuit, Eighth Circuit, Ninth Circuit, Eleventh Circuit, and the United States Supreme Court; (ii) Mr. Garnick is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and (iii) there are no disciplinary proceedings pending against Mr. Garnick.

LIBA/1582286.2

2.       Geoffrey J. Michael, has prepared a certificate in accordance with Local Rule 83.5.3, attached hereto as Exhibit B, certifying that:  (i) Mr. Michael is a member in good standing of the Bars of the District of Columbia, State of New York, the United States Court of Appeals for the Third, Fourth and Eleventh Circuits and the United States District Court for the District of Columbia; (ii) Mr. Michael is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and (iii) there are no disciplinary proceedings pending against Mr. Michael.

3.       Robert A. McCarter, has prepared a certificate in accordance with Local Rule 83.5.3, attached hereto as Exhibit C, certifying that:  (i) Mr. McCarter is a member in good standing of the Bars of the District of Columbia, State of Maryland, the United States Court of Appeals for the Ninth Circuit, and United States District Court for the Western District of Michigan; (ii) Mr. McCarter is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and (iii) there are no disciplinary proceedings pending against Mr. McCarter.

Respectfully submitted,

PHILIP MORRIS USA INC.
 /s/  Michael K. Murray
Michael K. Murray (BBO #563804)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617)570-1000

Dated: November 4, 2005

LIBA/1582286.2

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Michael K. Murray, hereby certify that counsel for Defendants Philip Morris USA Inc. conferred with counsel for plaintiff, and they do not oppose this Motion.

                                                  /s/  Michael K. Murray
                                                Michael K. Murray

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED SENIORS ASSOCIATION, INC.,<br>as a private attorney general,<br><br>       Plaintiff,<br><br>    v.<br><br>PHILIP MORRIS USA, RJ REYNOLDS TOBACCO<br>COMPANY, BROWN & WILLIAMSON TOBACCO<br>CORPORATION, individually and as the successor to<br>THE AMERICAN TOBACCO COMPANY,<br>LORILLARD TOBACCO COMPANY, INC., and<br>LIGGETT GROUP, INC.,<br><br>       Defendants. | Civil Action No. 05-11623-RGS |

## **CERTIFICATE OF MURRAY R. GARNICK PURSUANT TO LOCAL RULE 83.5.3(b)**

Murray R. Garnick, declares and states as follows:

1.     I am an attorney and a member of the law firm of Arnold & Porter, LLP, Washington, DC. I have been a member in good standing of the Bar of the District of Columbia since May 27, 1986. I am also a member in good standing of the Bars of the United States District Court for the District of Columbia (6/1/87), The United States Court of Appeals for the Second Circuit (8/14/02), Third Circuit (1/11/93), Fourth Circuit (10/17/86), Sixth Circuit (12/20/01), Eighth Circuit (8/7/02), Ninth Circuit (7/1/03), Eleventh Circuit (6/24/98), and United States Supreme Court (4/26/04). I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

2.     There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3.　　I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 31, 2005 at Washington, DC.

Murray R. Garnick

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED SENIORS ASSOCIATION, INC., as a private attorney general, <br><br> Plaintiff, <br><br> v. <br><br> PHILIP MORRIS USA, RJ REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, individually and as the successor to THE AMERICAN TOBACCO COMPANY, LORILLARD TOBACCO COMPANY, INC., and LIGGETT GROUP, INC., <br><br> Defendants. | Civil Action No. 05-11623-RGS |

## **CERTIFICATE OF GEOFFREY J. MICHAEL PURSUANT TO LOCAL RULE 83.5.3(b)**

Geoffrey J. Michael, declares and states as follows:

1.      I am an attorney and a member of the law firm of Arnold & Porter, LLP, Washington, DC. I have been a member in good standing of the Bar of the District of Columbia since April 8, 2002, and the State of New York since May 15, 2001. I am also a member in good standing of the Bars of the United States Supreme Court, the United States Courts of Appeals for the Third, Fourth, and Eleventh Circuits, and the United States District Court for the District of Columbia. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

2.      There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 25, 2005 at Washington, DC.

Geoffrey J. Michael

# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED SENIORS ASSOCIATION, INC., as a private attorney general,<br><br>          Plaintiff,<br><br>     v.<br><br>PHILIP MORRIS USA, RJ REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, individually and as the successor to THE AMERICAN TOBACCO COMPANY, LORILLARD TOBACCO COMPANY, INC., and LIGGETT GROUP, INC.,<br><br>          Defendants. | Civil Action No. 05-11623-RGS |

## <u>CERTIFICATE OF ROBERT A. MCCARTER PURSUANT TO LOCAL RULE 83.5.3(b)</u>

Robert A. McCarter declares and states as follows:

1.      I am an attorney and a partner of the law firm of Arnold & Porter LLP, in Washington, DC.  I have been a member in good standing of the Bar of the District of Columbia since October 1998 and the State of Maryland since December 1997.  I am also a member in good standing of the Bars of the United States Court of Appeals for the Ninth Circuit and United States District Court of the Western District of Michigan.  I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

2.      There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 26, 2005 at Washington, DC.


Robert A. McCarter, III