UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.:   C.A. NO. 05-11623RGS

|  |  |
|---|---|
| UNITED SENIORS ASSOCIATION, INC. as a private attorney general<br>      Plaintiffs<br>v.<br><br>PHILLIP MORRIS USA,<br>R.J. REYNOLDS TOBACCO COMPANY,<br>BROWN & WILLIAMSON TOBACCO CORPORATION,<br>individually and as the successor to<br>THE AMERICAN TOBACCO COMPANY,<br>LORILLARD TOBACCO COMPANY, INC.,<br>and LIGGETT GROUP, INC.<br>      Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Thomas E. Peisch on behalf of defendants R.J. Reynolds Tobacco Company and Brown & Williamson Tobacco Corporation, individually and as the successor to The American Tobacco Company.

Dated: December 8, 2005

R.J. REYNOLDS TOBACCO
COMPANY and BROWN &
WILLIAMSON TOBACCO
CORPORATION, individually and as the
successor to THE AMERICAN TOBACCO
COMPANY
By their attorneys,

_/s/ Thomas E. Peisch_
Thomas E. Peisch (BBO # 393260)
CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

242297.1