UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.:   C.A. NO. 05-11623RGS

| | |
|---|---|
| UNITED SENIORS ASSOCIATION, INC. as a private attorney general<br>   Plaintiffs<br>v.<br><br>PHILLIP MORRIS USA,<br>R.J. REYNOLDS TOBACCO COMPANY,<br>BROWN & WILLIAMSON TOBACCO CORPORATION, individually and as the successor to<br>THE AMERICAN TOBACCO COMPANY,<br>LORILLARD TOBACCO COMPANY, INC.,<br>and LIGGETT GROUP, INC.<br>   Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

  Please enter the appearance of Erin K. Higgins on behalf of defendant R.J. Reynolds Tobacco Company and Brown & Williamson Tobacco Corporation, individually and as the successor to The American Tobacco Company.

|  |  |
|---|---|
| Dated: December 8, 2005 | R.J. REYNOLDS TOBACCO COMPANY and BROWN & WILLIAMSON TOBACCO CORPORATION, individually and as the successor to THE AMERICAN TOBACCO COMPANY<br>By their attorneys,<br><br>Erin K. Higgins (BBO # 559510)<br>CONN KAVANAUGH ROSENTHAL<br> PEISCH & FORD, LLP<br>Ten Post Office Square<br>Boston, MA  02109<br>(617) 482-8200 |

242375.1