IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED SENIORS ASSOCIATION, INC., as a private attorney general,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP MORRIS USA, R.J. REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, individually and as the successor to THE AMERICAN TOBACCO COMPANY, LORILLARD TOBACCO COMPANY, INC., and LIGGETT GROUP, INC.,<br><br>Defendants. | Case No. 05-11623-RGS |

### PLAINTIFF'S REQUEST FOR LEAVE TO SUBMIT AN OPPOSITION IN EXCESS OF TWENTY (20) PAGES TO DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 7.1(B)(4) of the Local Rules of the United States District Court for the District of Massachusetts, the Plaintiff respectfully requests leave to submit a memorandum of law in excess of 20 pages in support of its Opposition to Defendants' Motion to Dismiss. As grounds for this request, the Plaintiff states as follows:

1. By "Joint Stipulation to Extend Time to Answer or Otherwise Respond to the Complaint and to Establish a Briefing Schedule," which this Court approved, the parties agreed that Defendants would file a motion to dismiss by October 24, 2005.

2. With leave from the Court, Defendants filed, with no opposition from Plaintiff, a motion to dismiss which was in excess of 20 pages, which is potentially case dispositive.

3. Under the approved Joint Stipulation, Plaintiff's deadline for its opposition to the motion to dismiss is December 19, 2005.

4. Plaintiff requests additional pages, which are reasonably necessary to properly address numerous important legal issues, and are intended to aid the court in resolving this matter. The proposed length of the brief is also appropriate given the length of Defendants' brief and the several issues raised therein.

5. Plaintiff's counsel has discussed this request with each defendant's counsel, and they do not oppose the relief requested herein.

WHEREFORE, the Plaintiff respectfully requests that the Court grant it leave to submit a brief in excess of 20 pages, up to 35 pages in length, in support of its Opposition to Defendants' Motion to Dismiss.

Respectfully submitted,

UNITED SENIORS ASSOCIATION, INC.

/s/ Raymond P. Ausrotas
**Christopher Weld, Jr.** (BBO # 522230)
**Kevin T. Peters** (BBO # 550522)
**Raymond P. Ausrotas** (BBO # 640315)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

-and -

/s/ Robert J. Cynkar
**Robert J. Cynkar**
**Joseph R. Egan**
**Charles J. Fitzpatrick**
(admitted *pro hac vice*)
Egan, Fitzpatrick, Malsch & Cynkar, PLLC
The American Center at Tysons Corner
8300 Boone Blvd., Suite 340
Vienna, VA 22182
Telephone: (703) 918-4946

2

/s/ Jonathan W. Cuneo
**Jonathan W. Cuneo**
(admitted *pro hac vice*)
Cuneo, Gilbert & LaDuca, LLP
507 C Street N.E.
Washington, DC 20002
Telephone: (202) 789-3960

Dated: 12/13/05