IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED SENIORS ASSOCIATION, INC., as a private attorney general,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP MORRIS USA, R.J. REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, individually and as the successor to THE AMERICAN TOBACCO COMPANY, LORILLARD TOBACCO COMPANY, INC., and LIGGETT GROUP, INC.,<br><br>Defendants. | Case No. 05-11623-RGS |

**STIPULATION AND JOINT NOTICE TO COURT
REGARDING DEFENDANTS' RESPONSE TO PROPOSED *AMICUS* BRIEF**

The parties hereby stipulate and jointly advise the Court that there is no objection by the Plaintiff or any party to the Defendants filing a response to the proposed amicus brief of Senator Charles E. Grassley in this matter, which was filed together with a request for leave to file the same with the Court on or about January 9, 2006. Should the Court grant such leave, and accepts and will thus consider the proposed amicus brief, the parties agree that the Defendants will submit any response within fourteen days of the filing of the proposed amicus brief, i.e. January 23, 2006, for the Court's consideration.

Respectfully submitted,

**COUNSEL FOR THE PLAINTIFF**

United Seniors Association, Inc.

_____
**Christopher Weld, Jr.** (BBO # 522230)
**Kevin T. Peters** (BBO # 550522)
**Raymond P. Ausrotas** (BBO # 640315)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626 telephone
(617) 227-5777 facsimile
rausrotas@toddweld.com

    -and-

/s/ Robert J. Cynkar    (RPA) by permission
**Robert J. Cynkar**
**Joseph R. Egan**
**Charles J. Fitzpatrick**
(admitted *pro hac vice*)
Egan, Fitzpatrick, Malsch & Cynkar, PLLC
The American Center at Tysons Corner
8300 Boone Blvd., Suite 340
Vienna, VA 22182
Telephone: (703) 918-4946
Facsimile: (703) 891-4055
rcynkar@nuclearlawyer.com

/s/ Jonathan W. Cuneo    (RPA) by permission
**Jonathan W. Cuneo**
(admitted *pro hac vice*)
Cuneo, Gilbert & LaDuca, LLP
507 C Street N.E.
Washington, DC 20002
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
jonc@cuneolaw.com

## COUNSEL FOR DEFENDANTS

**Counsel for Philip Morris:**

/s/ Michael K. Murray    (RPW) by permission
Michael K. Murray, Esq.
Goodwin Proctor
Exchange Place
53 State Street
Boston, MA 02109
Tel. (617) 570-1000
Fax (617) 523-1231

**Counsel for R.J. Reynolds and Brown & Williamson:**

/s/ Thomas E. Peisch    (RPW) by permission
Thomas E. Peisch, Esq.
Conn Kavanaugh Rosenthal Peisch
    & Ford LLP
Ten Post Office Square
Boston, MA 02109
Tel. (617) 482-8200
Fax (617) 482-6444

**Counsel for Liggett Group, Inc.**

/s/ Patricia A. Hartnett    (RPW) by permission
Patricia A. Hartnett, Esq.
Cornell & Golub
75 Federal Street
Boston, MA 02110
Tel. (617) 482-8100
Fax (617) 482-3917

**Counsel for Lorillard Tobacco Company:**

/s/ Scott E. Erlich    (RPW) by permission
Scott E. Erlich, Esq.
Nutter, McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
Tel. (617) 439-2965
Fax: (617) 310-9965

3

## CERTIFICATE OF SERVICE

    I, Raymond P. Ausrotas, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be to those indicated as non-registered participants on this date.

                                                Raymond P. Ausrotas

Date:   January 9, 2006

4