UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED SENIORS ASSOCIATION, INC. as a private attorney general,<br><br>    Plaintiff,<br><br>v.<br><br>PHILLIP MORRIS USA, R.J. REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, individually and as the successor to THE AMERICAN TOBACCO COMPANY, LORILLARD TOBACCO COMPANY, INC., and LIGGETT GROUP, INC.,<br><br>    Defendant. | C. A. No.05-11623-RGS |

## NOTICE OF APPEARANCE

Please enter the appearance of Scott E. Erlich on behalf of defendant Lorillard Tobacco Company, Inc.

            LORILLARD TOBACCO COMPANY, INC.

            By its attorneys,

             /s/  Scott E. Erlich
            Scott E. Erlich (BBO# 637202)
            Nutter McClennen & Fish LLP
            World Trade Center West
            155 Seaport Boulevard
            Boston, MA  02210
            (617) 439-2000
            serlich@nutter.com

Dated:  January 10, 2006

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 10, 2006.

                                                 /s/ Scott E. Erlich
                                               Scott E. Erlich

1495103.1