UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED SENIORS ASSOCIATION, INC. as a private attorney general,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP MORRIS USA, R.J. REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, individually and as the successor to THE AMERICAN TOBACCO COMPANY, LORILLARD TOBACCO COMPANY, INC., and LIGGETT GROUP, INC.,<br><br>Defendant. | C. A. No.05-11623-RGS |

## NOTICE OF APPEARANCE

Please enter the appearance of Andrew J. McElaney, Jr. on behalf of defendant Lorillard Tobacco Company, Inc.

                            LORILLARD TOBACCO COMPANY, INC.

                            By its attorneys,

                            /s/ Andrew J. McElaney, Jr.
                            Andrew J. McElaney, Jr., (BBO# 332260)
                            Nutter McClennen & Fish LLP
                            World Trade Center West
                            155 Seaport Boulevard
                            Boston, MA  02210
                            (617) 439-2000
                            AMcElaney@nutter.com

Dated: January 11, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 11, 2006.

                                            /s/ Andrew J. McElaney, Jr.
                                            Andrew J. McElaney, Jr.

1495102.1