IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED SENIORS ASSOCIATION, INC., as a private attorney general,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP MORRIS USA, R.J. REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, individually and as the successor to THE AMERICAN TOBACCO COMPANY, LORILLARD TOBACCO COMPANY, INC., and LIGGETT GROUP, INC.,<br><br>Defendants. | Case No. 05-11623-RGS |

**MOTION TO CONTINUE ORAL ARGUMENT
ON MOTION TO DISMISS**

The Plaintiff hereby moves, with the assent of all parties, to continue the date currently scheduled for oral argument on the motion to dismiss in the above matter. In support, Plaintiff states:

1. Plaintiff's counsel has a scheduling conflict on the date currently scheduled for oral argument, April 19, 2006 at 2:45 p.m.

2. Plaintiff's counsel has conferred with all defense counsel, who have all assented to a motion to continue this date.

3.  Plaintiff's counsel has conferred with all defense counsel regarding alternative dates and determined that all parties can be available during the week of May 8, 2006.

4.  Plaintiff therefore moves that this honorable Court continue the oral argument on the pending motion to dismiss in this case until a date that is during the week of May 8, 2006 that fits with the Court's calendar.

Respectfully submitted,

**COUNSEL FOR THE PLAINTIFF**

United Seniors Association, Inc.

_____
**Christopher Weld, Jr.** (BBO # 522230)
**Kevin T. Peters** (BBO # 550522)
**Raymond P. Ausrotas** (BBO # 640315)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626 telephone
(617) 227-5777 facsimile
rausrotas@toddweld.com

-and -

/s/ Robert J. Cynkar
**Robert J. Cynkar**
**Joseph R. Egan**
**Charles J. Fitzpatrick**
(admitted *pro hac vice*)
Egan, Fitzpatrick, Malsch & Cynkar, PLLC
The American Center at Tysons Corner
8300 Boone Blvd., Suite 340
Vienna, VA 22182
Telephone: (703) 918-4946
Facsimile: (703)891-4055
rcynkar@nuclearlawyer.com

2

/s/ Jonathan W. Cuneo
**Jonathan W. Cuneo**
(admitted *pro hac vice*)
Cuneo, Gilbert & LaDuca, LLP
507 C Street N.E.
Washington, DC 20002
Telephone: (202) 789-3960
Facsimile: (202)789-1813
jonc@cuneolaw.com


**ASSENT OF COUNSEL FOR DEFENDANTS:**

**Counsel for Philip Morris:**

/s/ Michael K. Murray
Michael K. Murray, Esq.
Goodwin Proctor
Exchange Place
53 State Street
Boston, MA 02109
Tel. (617) 570-1000
Fax (617) 523-1231

**Counsel for R.J. Reynolds and Brown & Williamson:**

/s/ Thomas E. Peisch
Thomas E. Peisch, Esq.
Conn Kavanaugh Rosenthal Peisch
   & Ford LLP
Ten Post Office Square
Boston, MA 02109
Tel. (617) 482-8200
Fax (617) 482-6444

**Counsel for Liggett Group, Inc.**

/s/ Patricia A. Hartnett
Patricia A. Hartnett, Esq.
Cornell & Golub
75 Federal Street
Boston, MA 02110
Tel. (617) 482-8100
Fax (617) 482-3917

**Counsel for Lorillard Tobacco Company:**

/s/ Scott E. Erlich
Scott E. Erlich, Esq.
Nutter, McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
Tel. (617) 439-2965
Fax: (617) 310-9965

## CERTIFICATE OF SERVICE

I, Raymond P. Ausrotas, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be to those indicated as non-registered participants on this date.

_____
Raymond P. Ausrotas

Date: February 28, 2006