UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.:   C.A. NO. 05-11623RGS

| | |
|---|---|
| UNITED SENIORS ASSOCIATION, INC. as a private attorney general<br>    Plaintiffs<br>v.<br><br>PHILLIP MORRIS USA,<br>R.J. REYNOLDS TOBACCO COMPANY,<br>BROWN & WILLIAMSON TOBACCO CORPORATION,<br>individually and as the successor to<br>THE AMERICAN TOBACCO COMPANY,<br>LORILLARD TOBACCO COMPANY, INC.,<br>and LIGGETT GROUP, INC.<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## UNOPPOSED MOTION OF DEFENDANTS R.J. REYNOLDS TOBACCO COMPANY AND BROWN & WILLIAMSON TOBACCO CORPORATION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Defendants R.J. Reynolds Tobacco Company ("Reynolds") and Brown & Williamson Tobacco Corporation, individually and as the successor to The American Tobacco Company ("B&W"), respectfully move, pursuant to Local Rule 83.5.3(b), that their attorneys, Harold K. Gordon and Traci L. Lovitt of the New York bar, Michael A. Carvin of the District of Columbia bar, and Theodore M. Grossman, of the New York and Ohio bars, all from the law firm of Jones Day, be admitted *pro hac vice* to practice before this Court for purposes of this case only.

In support of this motion, Reynolds and B&W state that Attorneys Gordon, Lovitt, Carvin, and Grossman have been involved with the defense of the above-captioned action and are familiar with the background of the case, and their admission *pro hac vice* will facilitate the just, speedy and inexpensive determination of this action. All are members in good standing in every jurisdiction in which they have been admitted to practice, there are no disciplinary proceedings pending against any of them as members of the bar in any jurisdiction, and they are familiar with the Local Rules of the United States District Court for the District of Massachusetts. The certificates required by Local Rule 83.5.3(b) are appended hereto at Tabs A, B, C, and D.

WHEREFORE, defendants R.J. Reynolds Tobacco Company and Brown & Williamson Tobacco Corporation, individually and as the successor to The American Tobacco Company, respectfully request that the Court grant their motion to admit Harold K. Gordon, Traci L. Lovitt, Michael A. Carvin, and Theodore M. Grossman of the law firm of Jones Day *pro hac vice* in this matter.

                                                      Respectfully submitted,
                                                      R.J. REYNOLDS TOBACCO
                                                      COMPANY and BROWN &
                                                      WILLIAMSON TOBACCO
                                                      CORPORATION, individually and as the
                                                      successor to THE AMERICAN TOBACCO
                                                      COMPANY
                                                      By their attorneys,

                                                      Thomas E. Peisch (BBO # 393260)
                                                      Erin K. Higgins (BBO # 559510)
                                                      CONN KAVANAUGH ROSENTHAL
                                                       PEISCH & FORD, LLP
                                                      Ten Post Office Square
                                                      Boston, MA 02109
                                                      (617) 482-8200

Dated March 6, 2006

## LOCAL RULE 7.1(A)(2)
## CERTIFICATION

I, Erin K. Higgins, hereby certify that I conferred with counsel for plaintiff on December 29, 2005, and they do not oppose this motion.

                                                      Erin K. Higgins

243855.1

# TAB A

# CERTIFICATE OF HAROLD K. GORDON
## PURSUANT TO LOCAL RULE 83.5.3(b)

I, Harold K. Gordon, depose and state the following pursuant to Local Rule 83.5.3(b):

1. I am an attorney with the law firm of Jones Day, 222 East 41st Street, New York, New York 10017 (212-326-3939).

2. I have been admitted to practice before the courts of New York since 1989 and the Courts of Connecticut since 1988. I also am admitted to practice before the United States Supreme Court, the United States Court of Appeals for the Second Circuit, and the United States District Courts for the Eastern and Southern Districts of New York.

3. I am a member in good standing in every jurisdiction in which I have been admitted to practice; there are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction; and I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. If permitted to appear in this Court *pro hac vice*, I will be associated with Thomas E. Peisch, Erin K. Higgins, and the law firm of Conn Kavanaugh Rosenthal Peisch & Ford, LLP, Ten Post Office Square, Boston, Massachusetts, in their representation of R.J. Reynolds Tobacco Company ("Reynolds") and Brown & Williamson Tobacco Corporation, individually and as the successor to The American Tobacco Company ("B&W"). Mr. Peisch and Ms. Higgins are admitted to practice before this Court.

5. I am familiar with the issues present in this litigation, having been involved in the defense of this and related cases litigated in this Court, and I respectfully submit that my participation as counsel for Reynolds and B&W will expedite the orderly presentation of evidence in this proceeding.

Executed under penalty of perjury on this 11th day of January, 2006, in New York, New York.

Harold K. Gordon

243860.1

# TAB B

## CERTIFICATE OF TRACI L. LOVITT
## PURSUANT TO LOCAL RULE 83.5.3(b)

I, Traci L. Lovitt, depose and state the following pursuant to Local Rule 83.5.3(b):

1. I am an attorney with the law firm of Jones Day, 222 East 41st Street, New York, New York 10017 (212-326-3939).

2. I have been admitted to practice before the courts of New York since 1998 and the courts of the District of Columbia since 2000. I am also admitted to practice before the following courts, the year of admission follows in parentheses: the United States Supreme Court (2002), the United States Courts of Appeals for the Second (2002), Third (2003), Fifth (2002), Seventh (2002), and Tenth (2002) Circuits, and the U.S. District Courts for the Eastern (2001), Southern (2001), and Northern (2002) Districts of New York.

3. I am a member in good standing in every jurisdiction in which I have been admitted to practice; there are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction; and I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. If permitted to appear in this Court *pro hac vice*, I will be associated with Thomas E. Peisch, Erin K. Higgins, and the law firm of Conn Kavanaugh Rosenthal Peisch & Ford, LLP, Ten Post Office Square, Boston, Massachusetts, in their representation of R.J. Reynolds Tobacco Company ("Reynolds") and Brown & Williamson Tobacco Corporation, individually and as the successor to The American Tobacco Company ("B&W"). Mr. Peisch and Ms. Higgins are admitted to practice before this Court.

5. I am familiar with the issues present in this litigation, having been involved in the defense of this case and related cases litigated in other courts, and I respectfully submit that my participation as counsel for Reynolds and B&W will expedite the orderly presentation of evidence in this proceeding.

Executed under penalty of perjury on this 11th day of January, 2006, in New York, New York.

_____
Traci L. Lovitt

243877.1

# TAB C

## CERTIFICATE OF MICHAEL A. CARVIN
## PURSUANT TO LOCAL RULE 83.5.3(b)

I, Michael A. Carvin, depose and state the following pursuant to Local Rule 83.5.5(b):

1. I am a partner with the law firm of Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C. 20001-2113 Telephone (202) 879-3939.

2. I have been admitted to practice law in the District of Columbia since 1982. I also am admitted to practice before the United States Supreme Court, the United States Court of Appeals for the Fifth, Sixth, Seventh, Ninth, Tenth, Eleventh Circuits, the United States District Court for the District of Columbia and the District of Columbia Court of Appeals.

3. I am a member in good standing in every jurisdiction in which I have been admitted to practice; there are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction; and I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. If permitted to appear in this Court *pro hac vice*, I will be associated with Thomas E. Peisch, Erin K. Higgins, and the law firm of Conn Kavanaugh Rosenthal Peisch & Ford, LLP, Ten Post Office Square, Boston, Massachusetts, in their representation of R.J. Reynolds Tobacco Company ("Reynolds") and Brown & Williamson Tobacco Corporation, individually and as the successor to The American Tobacco Company ("B&W"). Mr. Peisch and Ms. Higgins are admitted to practice before this Court.

5. I am familiar with the issues present in this litigation, having been involved in the defense of this case and related cases litigated in other courts, and I respectfully submit that my participation as counsel for Reynolds and B&W will expedite the orderly presentation of evidence in this proceeding.

Executed under penalty of perjury on this 6th day of January, 2006, in Washington, D.C.

_____
Michael A. Carvin

WAI-2196553v2

# TAB D

## CERTIFICATE OF THEODORE M. GROSSMAN
## PURSUANT TO LOCAL RULE 83.5.3(b)

I, Theodore M. Grossman, depose and state the following pursuant to Local Rule 83.5.3(b):

1. I am an attorney with the law firm of Jones Day, 901 Lakeside Avenue, Cleveland, Ohio 44114-1190 (216-586-3939).

2. I have been admitted to practice before the courts of Ohio and New York since 1975. I also have been admitted to practice before the United States Court of Appeals for the District of Columbia, the Second, the Fifth, and the Sixth Circuits; the United States District Courts for the Northern District of Ohio and the Northern and Southern Districts of New York; and the Supreme Court of the United States.

3. I am a member in good standing in every jurisdiction in which I have been admitted to practice; there are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction; and I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. If permitted to appear in this Court *pro hac vice*, I will be associated with Thomas E. Peisch, Erin K. Higgins, and the law firm of Conn Kavanaugh Rosenthal Peisch & Ford, LLP, Ten Post Office Square, Boston, Massachusetts, in their representation of R.J. Reynolds Tobacco Company ("Reynolds") and Brown & Williamson Tobacco Corporation, individually and as the successor to The American Tobacco Company ("B&W"). Mr. Peisch and Ms. Higgins are admitted to practice before this Court.

5. I am familiar with the issues present in this litigation, having been involved in the defense of this case and related cases litigated in other courts, and I respectfully submit that my participation as counsel for Reynolds and B&W will expedite the orderly presentation of evidence in this proceeding.

Executed under penalty of perjury on this /st day of March, 2006, in Cleveland, Ohio.

Theodore M. Grossman

243884.1

# CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP

COUNSELORS AT LAW

Ten Post Office Square, Boston, Massachusetts 02109

Tel: (617) 482-8200

Fax: (617) 482-6444

THOMAS E. PEISCH
BOB B. ROSENTHAL
JAMES F. KAVANAUGH, JR.
RUSSELL F. CONN
GEORGE M. FORD
JAMES B. PELOQUIN
BARRY E. GOLD
THOMAS J. GALLITANO
NEIL R. SCHAUER
JAMES GRAY WAGNER
ERIN K. HIGGINS
STEVEN E. GURDIN
MICHAEL T. SULLIVAN
CONSTANCE M. MCGRANE
KURT B. FLIEGAUF

RONALD M. JACOBS
CAROL A. STARKEY
SARA L. GOODMAN
ELISE S. WALD
MICHAEL R. BERNARDO
JACOB A. LABOVITZ
CARA A. FAUCI
JOHANNA L. MATLOFF
AMY C. STEWART
BETH NUZZO NEWMARK
SARAH E. WEBER
VALERIE CHRISTOPHILOS
MAYA L. SETHI

WRITER'S DIRECT DIAL: 617-348-8223
E-MAIL: EHIGGINS@CKRPF.COM

March 6, 2006

Clerk
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

RE:   United Seniors Association, Inc. v. Phillip Morris USA, et. al

Dear Sir/Madam:

This firm represents defendants R.J. Reynolds Tobacco Company and Brown & Williamson Tobacco Corporation in the above matter. In connection with defendants' unopposed motion for admission *pro hac vice* of Attorneys Harold K. Gordon, Traci L. Lovitt, Michael A. Carvin, and Theodore M. Grossman, we are sending under separate cover checks in the total amount of $200.

Thank you for your attention to this matter.

Very truly yours,

Erin K. Higgins

EKH/mkg/6746-092
Enclosures

248854.1