# TODD & WELD LLP

ATTORNEYS AT LAW
28 STATE STREET
BOSTON, MASSACHUSETTS 02109

CHRISTOPHER WELD, JR
Email: cweld@toddweld.com

TELEPHONE: (617) 720-2626
FACSIMILE: (617) 227-5777
www.toddweld.com

August 18, 2006

**By Hand and Electronically**

The Honorable Richard G. Stearns
U.S. District Court
One Courthouse Way
Suite 7130
Boston, MA 02210

    RE: **United Seniors Association, Inc. v. Phillip Morris USA, et al.,**
           U.S.D.C. C.A. No. 05-11623-RGS

Dear Judge Stearns:

    On behalf of the Plaintiff, I write in response to Mr. Murray's letter of August 15, 2006 enclosing the recent opinion of the 11th Circuit in the case of *Glover v. Phillip Morris*. In addition, we wish to bring to the attention of the Court a decision issued yesterday in the case of *United States of America v. Phillip Morris USA, Inc., et al*, United States District Court for the District of Columbia, Civil Action No. 99-2496 (GK).

    With regard to the *Glover* opinion, we understand that counsel to the Plaintiff is considering additional appellate options. Accordingly, we request an additional period to respond to Mr. Murray's letter until September 8, 2006.

    In the *United States of America v. Phillip Morris, USA, Inc.* case, Judge Kessler issued a very extensive opinion (in excess of 1600 pages) finding various tobacco companies, including Defendants in this case, liable for violations of federal law. The findings in that case may have a significant impact on this case, both procedurally and substantively. Given the length of the opinion, it is very difficult to file it herewith. It can be accessed electronically at http://www.dcd.uscourts.gov. If it would assist the Court, please let me know and we will have a hard copy hand delivered.

    Plaintiff requests that the Court withhold action on the pending Motion to Dismiss to allow Plaintiff time to analyze the decision and, if appropriate, move to file an additional

The Honorable Richard G. Stearns
U.S. District Court
August 18, 2006
Page 2

pleading to address the possible relevance of the decision on the pending motion. Plaintiff requests until September 8, 2006 to file a motion to supplement briefing on the Motion to Dismiss to address the impact, if any, of this opinion on the pending motion and the case in general.

                                             Very truly yours,

                                             Christopher Weld, Jr.

CW:cas
cc:    *By electronic mail*:
      Scott E Erlich, Esq.
      Patricia A. Hartnett, Esq.
      Erin K. Higgins, Esq.
      Geoffrey J. Michael, Esq.
      Michael K. Murray, Esq.
      Thomas E. Peisch, Esq.
      David H. Sempert, Esq.

The Honorable Richard G. Stearns
U.S. District Court
August 18, 2006
Page 3

bcc:   *By e-mail*:
      Robert J. Cynkar, Esq.
      Jonathan W. Cuneo, Esq.
      Charles W. Jarvis
      Kevin T. Peters, Esq.
      Raymond P. Ausrotas, Esq.