# GOODWIN PROCTER

|  |  |
|---|---|
| Michael K. Murray. <br> 617.570.1948 <br> mmurray@ <br> goodwinprocter.com | Goodwin Procter LLP <br> Counsellors at Law <br> Exchange Place <br> Boston, MA 02109 <br> T: 617.570.1000 <br> F: 617.227.8591 |

August 21, 2006

**By CM-ECF and By Hand**

The Honorable Richard G. Stearns
Suite 7130
United States District Court for the District of Massachusetts
John Joseph Moakley United States Courthouse
One Courthouse Way
Boston, MA 02110

Re:  **United Seniors Association, Inc. v. Philip Morris USA Inc. et al**
     **U.S.D.C., D. Mass., C.A. No. 1:05-11623-RGS**

Dear Judge Stearns:

    We are in receipt of plaintiff's August 18, 2006, letter and write to respond. The court's opinion in *United States of America v. Philip Morris USA, Inc., et al.*, No. 99-02496 (D.D.C. Aug. 17, 2006), has nothing to do with the issues before this Court. The opinion does not address the viability of a claim under the Medicare as Secondary Payer Act (other than to note that such a claim had previously been dismissed), nor does the opinion address the standing or collateral estoppel issues before this Court. The case addresses solely the governments' RICO claim against the defendants -- a claim not brought here.

    With respect to the Eleventh Circuit's opinion in *Glover v. Philip Morris*, __ F.3d __, 2006 WL 2336587 (11th Cir. Aug. 14, 2006) (per curiam), we submitted the opinion, without argument or comment, as additional recent authority that may assist the court in resolving defendants' pending motion to dismiss or transfer. The per curiam opinion raises no new issue not already fully addressed by the parties. We interpret plaintiff's August 18, 2006, letter as a request under Local Rule 5.2 for leave of court to submit additional briefing and argument. The

# GOODWIN PROCTER

The Honorable Richard G. Stearns
August 21, 2006
Page 2

*Glover* opinion does not require another round of briefing by the parties in this case, and we oppose additional argument.

Very truly yours,

Michael K. Murray

MKM:jkp

Enclosure

cc: Christopher Weld, Jr., Esq.
 Kevin T. Peters, Esq.
 Raymond P. Ausrotas, Esq.
 Geoffrey J. Michael, Esq.
 Murray G. Garnick, Esq.
 Harold K. Gordon, Esq.
 Michael A. Carvin, Esq.
 Theodore M. Grossman, Esq.
 Thomas E. Peisch, Esq.
 Traci L. Lovitt, Esq.
 Erin K. Higgins, Esq.
 Scott E. Erlich, Esq.
 David H. Sempert, Esq.
 Patricia A. Hartnett, Esq.

LIBA/1724327.1