UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**UNITED SENIORS ASSOCIATION, INC.**

              **V.**                     **CIVIL ACTION NO. 05-11623-RGS**

**PHILIP MORRIS USA, R.J. REYNOLDS TOBACCO CO., BROWN & WILLIAMSON TOBACCO CORP.,**
Individually and as the successor to **THE AMERICAN TOBACCO COMPANY, LORILLARD TOBACCO COMPANY, INC., and LIGGETT GROUP, INC.**

## ORDER OF DISMISSAL

**STEARNS, DJ.**                                        **AUGUST 29, 2006**

    IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ON DEFENDANTS' MOTION TO DISMISS OR TRANSFER ENTERED ON AUGUST 28, 2006,

    IT IS HEREBY ORDERED:  THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED.

    SO ORDERED.

                                          **RICHARD G. STEARNS**
                                          **UNITED STATES DISTRICT JUDGE**

          **BY:**

                               **/s/ Mary H. Johnson**
                                  **Deputy Clerk**