IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED SENIORS ASSOCIATION, INC., as a private attorney general, | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Case No. 05-11623-RGS |
| PHILIP MORRIS USA, R.J. REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, individually and as the successor to THE AMERICAN TOBACCO COMPANY, LORILLARD TOBACCO COMPANY, INC., and LIGGETT GROUP, INC., | ) ) ) ) ) ) ) ) |  |
| Defendants. | ) ) |  |

## NOTICE OF APPEAL

Notice is hereby given that United Seniors Association, Inc., the Plaintiff in the above matter, hereby appeals to the United States Court of Appeals for the First Circuit from the Memorandum and Order [Docket No. 43] in which the United States District Court for the District of Massachusetts granted Defendants Philip Morris USA, R.J. Reynolds Tobacco Company, Brown & Williamson Tobacco Corporation, both Individually and as the Successor to The American Tobacco Company, Lorillard Tobacco Company, Inc., and Liggett Group, Inc.'s motion to dismiss Plaintiff's Complaint. The Memorandum and Order were entered on the docket on August 30, 2006, making this appeal timely.

Respectfully submitted,

UNITED SENIORS ASSOCIATION, INC.

**Christopher Weld, Jr.** (BBO # 522230)
**Kevin T. Peters** (BBO # 550522)
**Raymond P. Ausrotas** (BBO # 640315)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA  02109
(617) 720-2626

-and -

/s/ Robert J. Cynkar
**Robert J. Cynkar**
**Joseph R. Egan**
**Charles J. Fitzpatrick**
(admitted *pro hac vice*)
Egan, Fitzpatrick, Malsch & Cynkar, PLLC
The American Center at Tysons Corner
8300 Boone Blvd., Suite 340
Vienna, VA 22182
Telephone: (703) 918-4946

/s/ Jonathan W. Cuneo
**Jonathan W. Cuneo**
(admitted *pro hac vice*)
Cuneo, Gilbert & LaDuca, LLP
507 C Street N.E.
Washington, DC 20002
Telephone: (202) 789-3960

Dated: September 7, 2006

## CERTIFICATE OF SERVICE

    I, Raymond P. Ausrotas, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be to those indicated as non-registered participants on this date.

Raymond P. Ausrotas