## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11623

United Seniors Association, Inc.,

v.

Philip Morris USA, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-46

and contained in  Volume(s) I are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  9/7/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 6, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: __10/11/06__

_____
Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-11623-RGS

United Seniors Association, Inc. v. Philip Morris USA Inc. et al
Assigned to: Judge Richard G. Stearns
Cause: 42:1395 HHS: Adverse Reimbursement Review

Date Filed: 08/04/2005
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

## Plaintiff

**United Seniors Association, Inc.**
*as a private attorney general*

represented by **Christopher Weld, Jr.**
Todd & Weld
28 State Street
31st Floor
Boston. MA 02109
617-720-2626
Fax: 617-227-5777
Email: cweld@toddweld.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin T. Peters**
Todd & Weld
31 Floor
28 State Street
Boston. MA 02109
617-720-2626
Fax: 617-227-5777
Email: kpeters@toddweld.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond P. Ausrotas**
Todd & Weld
28 State Street
31st Floor
Boston. MA 02109
617-720-2626
Fax: 617-227-5777
Email: rausrotas@toddweld.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Philip Morris USA Inc.**                    represented by **Geoffrey J. Michael**
                                              Arnold & Porter, LLP
                                              555 Twelfth Street, N.W.
                                              Washington, DC 20004-1206
                                              US
                                              202-942-6592
                                              Fax: 202-942-5999
                                              Email: geoffrey.michael@aporter.com
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Murray R. Garnick**
                                              Arnold & Porter, LLP
                                              555 Twelfth Street, NW
                                              Washington, DC 20004-1206
                                              US
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Robert A. McCarter, III**
                                              555 Twelfth Street, N.W.
                                              Washington, DC 20004-1206
                                              US
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Michael K. Murray**
                                              Goodwin Procter, LLP
                                              Exchange Place
                                              53 State Street
                                              Boston, MA 02109
                                              617-570-1000
                                              Fax: 617-227-8591
                                              Email: mmurray@goodwinprocter.com
                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**R.J. Reynolds Tobacco Company**            represented by **Harold K. Gordon**
                                              Jones Day
                                              222 East 41st Street,
                                              New York,. NY 10017-6702
                                              212-326-3939
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**JMichael A. Carvin**
Jones, Day
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
US
202-879-3939
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore M. Grossman**
Jones Day
901 Lakeside Avenue
Cleveland, OH 044114-1190
US
617-523-1450216-586-3939
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Peisch**
Conn, Kavanaugh, Rosenthal, Peisch &
Ford, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200
Fax: 617-482-6444
Email: tpeisch@ckrpf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Traci L. Lovitt**
Jones Day
222 East 41st Street
New York, NY 100017
US
212-326-3939
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin K. Higgins**
Conn, Kavanaugh, Rosenthal, Peisch &
Ford, LLP
Ten Post Office Square
4th Floor
Boston, MA 02109
617-482-8200
Fax: 617-482-6444
Email: ehiggins@ckrpf.com

## Defendant

**Brown & Williamson Tobacco Corporation**
*individually and as the successor to the American Tobacco Company*

represented by **Harold K. Gordon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JMichael A. Carvin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore M. Grossman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Peisch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Traci L. Lovitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin K. Higgins**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Defendant

**Lorillard Tobacco Company, Incorporated**

represented by **Scott E Erlich**
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2699
617-439-2965
Fax: 617-310-9965
Email: serlich@nutter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**Liggett Group, Inc.,**

represented by **David H. Sempert**
Cornell & Gollub

75 Federal Street
Boston, MA 02110
617-482-8100
Fax: 617-482-3917
Email: dsempert@cornellgollub.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia A. Hartnett**
Cornell & Gollub
75 Federal Street
Boston, MA 02110
617-482-8100
Fax: 617-482-3917
Email: PHartnett@cornellgollub.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Senator Charles E. Grassley**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2005 | 1 | COMPLAINT against Philip Morris USA Inc., R.J. Reynolds Tobacco Company, Brown & Williamson Tobacco Corporation, Lorillard Tobacco Company, Incorporated, Liggett Group, Inc.. Filing fee: $ 250, receipt number 66009, filed by United Seniors Association, Inc.. (Attachments: # 1 # 2)(Flaherty, Elaine) (Entered: 08/09/2005) |
| 08/04/2005 | | Summons Issued as to Philip Morris USA Inc., R.J. Reynolds Tobacco Company, Brown & Williamson Tobacco Corporation, Lorillard Tobacco Company, Incorporated, Liggett Group, Inc.,. (Flaherty, Elaine) (Entered: 08/09/2005) |
| 08/04/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Flaherty, Elaine) (Entered: 08/09/2005) |
| 08/04/2005 | 2 | CORPORATE DISCLOSURE STATEMENT by United Seniors Association, Inc.. (Flaherty, Elaine) (Entered: 08/09/2005) |
| 08/15/2005 | 3 | NOTICE of Appearance by Raymond P. Ausrotas on behalf of United Seniors Association, Inc. (Ausrotas, Raymond) (Entered: 08/15/2005) |
| 08/19/2005 | 4 | SUMMONS Returned Executed Philip Morris USA inc. served on 8/16/2005, answer due 9/6/2005. (Ausrotas, Raymond) (Entered: 08/19/2005) |

| 08/19/2005 | 5 | SUMMONS Returned Executed R.J. Reynolds Tobacco Company served on 8/16/2005, answer due 9/6/2005. (Ausrotas, Raymond) (Entered: 08/19/2005) |
|---|---|---|
| 08/19/2005 | 6 | SUMMONS Returned Executed Liggett Group, Inc., served on 8/16/2005, answer due 9/6/2005. (Ausrotas, Raymond) (Entered: 08/19/2005) |
| 08/25/2005 | 7 | NOTICE of Appearance by Kevin T. Peters on behalf of United Seniors Association, Inc. (Peters, Kevin) (Entered: 08/25/2005) |
| 09/01/2005 | 13 | CORPORATE DISCLOSURE STATEMENT by Lorillard Tobacco Company, Incorporated. (Flaherty, Elaine) (Entered: 09/07/2005) |
| 09/02/2005 | 8 | CORPORATE DISCLOSURE STATEMENT by Philip Morris USA Inc.. (Murray, Michael) (Entered: 09/02/2005) |
| 09/02/2005 | 9 | STIPULATION *to Extend Time to Answer or Otherwise Respond to the Complaint and to Establish a Briefing Schedule* by United Seniors Association, Inc.. Philip Morris USA Inc., R.J. Reynolds Tobacco Company, Brown & Williamson Tobacco Corporation, Lorillard Tobacco Company. Incorporated, Liggett Group, Inc.,. (Murray, Michael) (Entered: 09/02/2005) |
| 09/06/2005 | 10 | CORPORATE DISCLOSURE STATEMENT by Brown & Williamson Tobacco Corporation. (Flaherty, Elaine) (Entered: 09/07/2005) |
| 09/06/2005 | 11 | CORPORATE DISCLOSURE STATEMENT by Liggett Group, Inc.,. (Flaherty, Elaine) (Entered: 09/07/2005) |
| 09/06/2005 | 12 | CORPORATE DISCLOSURE STATEMENT by R.J. Reynolds Tobacco Company. (Flaherty, Elaine) (Entered: 09/07/2005) |
| 09/13/2005 | 14 | NOTICE of Appearance by Michael K. Murray on behalf of Philip Morris USA Inc. (Murray, Michael) (Entered: 09/13/2005) |
| 09/16/2005 | 15 | NOTICE of Appearance by Patricia A. Hartnett on behalf of Liggett Group, Inc.. (Flaherty, Elaine) (Entered: 09/23/2005) |
| 09/16/2005 | 16 | NOTICE of Appearance by David H. Sempert on behalf of Liggett Group, Inc., (Flaherty, Elaine) (Entered: 09/23/2005) |
| 09/21/2005 | | Judge Richard G. Stearns : Electronic ORDER entered. ELECTRONIC ENDORSEMENT re 9 Stipulation, filed by R.J. Reynolds Tobacco Company,, Brown & Williamson Tobacco Corporation,, Liggett Group. Inc.,.. Philip Morris USA Inc.,. United Seniors Association. Inc.,, Lorillard Tobacco Company, Incorporated. "Treated as a motion and allowed." (Flaherty. Elaine) (Entered: 09/21/2005) |
| 10/03/2005 | 17 | SUMMONS Returned Executed Brown & Williamson Tobacco Corporation served on 8/19/2005. answer due 9/8/2005. (Ausrotas, Raymond) (Entered: 10/03/2005) |

| 10/03/2005 | ⊕18 | AFFIDAVIT OF SERVICE Executed by Brown & Williamson Tobacco Corporation. Acknowledgement filed by Brown & Williamson Tobacco Corporation. (Ausrotas, Raymond) (Entered: 10/03/2005) |
|---|---|---|
| 10/19/2005 | ⊕19 | MOTION for Leave to File Excess Pages *(Defendants' Unopposed Request For Leave To Submit A Brief In Excess Of Twenty (20) Pages In Suppport Of Their Motion To Dismiss)* by Philip Morris USA Inc., R.J. Reynolds Tobacco Company, Brown & Williamson Tobacco Corporation, Lorillard Tobacco Company, Incorporated, Liggett Group, Inc.,.(Murray, Michael) (Entered: 10/19/2005) |
| 10/21/2005 | ❍ | Judge Richard G. Stearns : ElectronicORDER entered granting 19 Motion for Leave to File Excess Pages (Flaherty, Elaine) (Entered: 10/21/2005) |
| 10/24/2005 | ⊕20 | MOTION to Dismiss *Or Transfer* by Philip Morris USA Inc., R.J. Reynolds Tobacco Company, Brown & Williamson Tobacco Corporation, Lorillard Tobacco Company, Incorporated, Liggett Group, Inc.,.(Murray, Michael) (Entered: 10/24/2005) |
| 10/24/2005 | ⊕21 | MEMORANDUM in Support re 20 MOTION to Dismiss *Or Transfer* filed by Philip Morris USA Inc., R.J. Reynolds Tobacco Company, Brown & Williamson Tobacco Corporation, Lorillard Tobacco Company, Incorporated, Liggett Group, Inc.,. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9 - Part 1# 10 Exhibit 9 - Part 2)(Murray, Michael) (Entered: 10/24/2005) |
| 10/24/2005 | ⊕22 | Proposed Document(s) submitted by Philip Morris USA Inc., R.J. Reynolds Tobacco Company, Brown & Williamson Tobacco Corporation, Lorillard Tobacco Company, Incorporated, Liggett Group, Inc... Document received: Proposed Order Of Dismissal With Prejudice. (Murray, Michael) (Entered: 10/24/2005) |
| 10/24/2005 | ⊕23 | Proposed Document(s) submitted by Philip Morris USA Inc., R.J. Reynolds Tobacco Company, Brown & Williamson Tobacco Corporation, Lorillard Tobacco Company, Incorporated, Liggett Group, Inc... Document received: Proposed Transfer Order. (Murray, Michael) (Entered: 10/24/2005) |
| 11/04/2005 | ⊕24 | MOTION for Leave to Appear Pro Hac Vice by Murray R. Garnick, Geoffrey J. Michael, and Robert A. McCarter, III *(Unopposed Motion For Admissions Pro Hac Vice)* by Philip Morris USA Inc.. (Attachments: # 1 Exhibit A (Certificate Of Murray R. Garnick Pursuant To Local Rule 83.5.3(b)# 2 Exhibit B (Certificate of Geoffrey J. Michael Pursuant To Local Rule 83.5.3(b))# 3 Exhibit C (Certificate of Robert A. McCarter Pursuant To Local Rule 83.5.3(b)))(Murray, Michael) (Entered: 11/04/2005) |
| 11/10/2005 | ❍ | Judge Richard G. Stearns : ElectronicORDER entered granting 24 Motion for Leave to Appear Pro Hac Vice $50. (receipt 68020) (Flaherty, Elaine) Modified on 1/5/2006 (Flaherty, Elaine). (Entered: 11/10/2005) |

| 12/08/2005 | 25 | NOTICE of Appearance by Rhomas E. Peisch on behalf of R.J. Reynolds Tobacco Company, Brown & Williamson Tobacco Corporation (Higgins, Erin) Modified on 12/13/2005 (Flaherty, Elaine). (Entered: 12/08/2005) |
|---|---|---|
| 12/08/2005 | 26 | NOTICE of Appearance by Erin K. Higgins on behalf of R.J. Reynolds Tobacco Company, Brown & Williamson Tobacco Corporation (Higgins, Erin) (Entered: 12/08/2005) |
| 12/13/2005 | | Notice of correction to docket made by Court staff. Correction: document #25 corrected because: wrong image attached docket reflected to add Thomas Peisch. (Flaherty, Elaine) (Entered: 12/13/2005) |
| 12/13/2005 | 27 | MOTION for Leave to File Excess Pages *(in Excess of 20) in connection with its Opposition to Defendants' Motion to Dismiss* by United Seniors Association, Inc..(Ausrotas, Raymond) (Entered: 12/13/2005) |
| 12/14/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 27 Motion for Leave to File Excess Pages cc: all counsel of record.(Flaherty, Elaine) (Entered: 12/14/2005) |
| 12/19/2005 | 28 | MEMORANDUM in Opposition re 20 MOTION to Dismiss *Or Transfer* filed by United Seniors Association, Inc.. (Attachments: # 1 Exhibit A)(Ausrotas, Raymond) (Entered: 12/19/2005) |
| 01/09/2006 | 29 | REPLY to Response to Motion re 20 MOTION to Dismiss *Or Transfer (Reply Memorandum Of Law In Support Of Defendants' Motion To Dismiss Or Transfer)* filed by Philip Morris USA Inc., R.J. Reynolds Tobacco Company, Brown & Williamson Tobacco Corporation, Lorillard Tobacco Company, Incorporated, Liggett Group, Inc.,. (Attachments: # 1 Exhibit A)(Murray, Michael) (Entered: 01/09/2006) |
| 01/09/2006 | 30 | STIPULATION *and Joint Notice to Court Regarding Defendants' Response to Proposed Amicus Brief* by United Seniors Association. Inc.. (Ausrotas, Raymond) (Entered: 01/09/2006) |
| 01/09/2006 | 33 | MOTION for Leave to File amicus curiae brief by Charles E. Grassley.(Flaherty, Elaine) (Entered: 01/17/2006) |
| 01/10/2006 | 31 | NOTICE of Appearance by Scott E Erlich on behalf of Lorillard Tobacco Company, Incorporated (Erlich, Scott) (Entered: 01/10/2006) |
| 01/11/2006 | 32 | NOTICE of Appearance by Andrew J. McElaney, Jr on behalf of Lorillard Tobacco Company, Incorporated (McElaney, Andrew) (Entered: 01/11/2006) |
| 01/17/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 33 Motion for Leave to File (Flaherty. Elaine) (Entered: 01/17/2006) |
| 01/18/2006 | 34 | AMICUS BRIEF filed by Charles E. Grassley. filed. (Flaherty, Elaine) (Entered: 01/19/2006) |
| 01/23/2006 | 35 | *Defendants' Memorandum of Law In* Response by Philip Morris USA Inc.. R.J. Reynolds Tobacco Company. Brown & Williamson Tobacco |

| | | |
|---|---|---|
| | | Corporation, Lorillard Tobacco Company, Incorporated, Liggett Group, Inc., to 34 Amicus brief filed. (Murray, Michael) (Entered: 01/23/2006) |
| 01/31/2006 | ❍ | NOTICE of Hearing on Motion 20 MOTION to Dismiss *Or Transfer*: Motion Hearing set for 4/19/2006 02:45 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 01/31/2006) |
| 02/28/2006 | 36 | Assented to MOTION to Continue Oral Argument on Motion to Dismiss to the Week of 5/8/06 by United Seniors Association, Inc..(Ausrotas, Raymond) (Entered: 02/28/2006) |
| 03/01/2006 | ❍ | Judge Richard G. Stearns : Electronic ORDER entered granting 36 Motion to Continue :Hearing re-scheduled to 5/24/2006 03:00 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 03/01/2006) |
| 03/06/2006 | 37 | MOTION for Leave to Appear Pro Hac Vice by Harold K. Gordon, Traci L. Lovitt, Michael A. Carvin, and Theodore M. Grossman by R.J. Reynolds Tobacco Company, Brown & Williamson Tobacco Corporation. (Attachments: # 1 # 2 # 3 # 4 # 5)(Higgins, Erin) (Entered: 03/06/2006) |
| 03/20/2006 | 38 | MOTION to Continue Oral Argument on Motion to Dismiss to June 14, 2006 by United Seniors Association, Inc..(Ausrotas, Raymond) (Entered: 03/20/2006) |
| 03/21/2006 | ❍ | Judge Richard G. Stearns : Electronic ORDER entered granting 38 Motion to Continue . Hearing is rescheduled to Wed., 6/14/2006 at 02:30 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) Modified on 3/21/2006 (Johnson, Mary). (Entered: 03/21/2006) |
| 03/22/2006 | ❍ | Judge Richard G. Stearns : Electronic ORDER entered granting 37 Motion for Leave to Appear Pro Hac Vice Added Harold K. Gordon for R.J. Reynolds Tobacco Company and Brown & Williamson Tobacco Corporation, Traci L. Lovitt for R.J. Reynolds Tobacco Company and Brown & Williamson Tobacco Corporation, JMichael A. Carvin for R.J. Reynolds Tobacco Company and Brown & Williamson Tobacco Corporation, Theodore M. Grossman for R.J. Reynolds Tobacco Company and Brown & Williamson Tobacco Corporation (Flaherty, Elaine) (Entered: 03/22/2006) |
| 03/22/2006 | ❍ | Filing fee: $ 200.00, receipt number 71137 for Motion for Leave to Appear pro hac vice (Flaherty, Elaine) (Entered: 03/22/2006) |
| 06/14/2006 | ❍ | Clerk's Notes for proceedings held before Judge Richard G. Stearns : Motion Hearing held on 6/14/2006 re 20 MOTION to Dismiss *Or Transfer* filed by R.J. Reynolds Tobacco Company,. Brown & Williamson Tobacco Corporation.. Liggett Group, Inc.,,. Philip Morris USA inc.,. Lorillard Tobacco Company, Incorporated... (Court Reporter James Gibbons.) Attorneys Robert Cynkar, Jonathan Cuneo and Christopher Weld appeared for the plaintiff: Attorney Murray Garnick appeared on behalf of all defendant tobacco companies. After argument, the matter was taken UNDER ADVISEMENT.(Zierk, Marsha) (Entered: 06/14/2006) |

| 08/15/2006 | 39 | Letter/request (non-motion) from Michael K. Murray. (Attachments: # 1 Glover v. Philip Morris, No. 05-14219, _F.3d_ (11th Cir. Aug. 14, 2006))(Murray, Michael) (Entered: 08/15/2006) |
|---|---|---|
| 08/18/2006 | 40 | Letter/request (non-motion) from Christopher Weld, Jr., Esq. *for an Additional Period to Respond to Mr. Murray's Letter of August 15, 2006 and that the Court withhold action on pending motion to dismiss to alllow Plaintiff to analyze the decision in USA v. Phillip Morris, U.S. District Court for the District of Columbia, C.A. No. 99-2496 (GK)..* (Weld, Christopher) (Entered: 08/18/2006) |
| 08/21/2006 | 41 | Letter/request (non-motion) from Michael K. Murray *to the Honorable Richard G. Stearns.* (Murray, Michael) (Entered: 08/21/2006) |
| 08/22/2006 | 42 | Letter/request (non-motion) from M. Murray, filed. (Flaherty, Elaine) (Entered: 08/22/2006) |
| 08/28/2006 | 43 | Judge Richard G. Stearns : Memorandum and Order entered.(Giannotti, Diane) (Entered: 08/28/2006) |
| 08/28/2006 | 45 | Judge Richard G. Stearns : ORDER entered. MEMORANDUM AND ORDER on defendants' Motion to Dismiss or Transfer, ENTERED.(Flaherty, Elaine) Modified on 8/30/2006 (Flaherty, Elaine). This is a duplicate of memo and order 8/28/06 (Entered: 08/30/2006) |
| 08/29/2006 | 44 | Judge Richard G. Stearns : ORDER OF DISMISSAL entered. ORDER DISMISSING CASE.(Johnson, Mary) (Entered: 08/29/2006) |
| 09/07/2006 | 46 | NOTICE OF APPEAL as to 43 Memorandum & ORDER by United Seniors Association, Inc.. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/27/2006. (Ausrotas, Raymond) (Entered: 09/07/2006) |
| 09/13/2006 | | Filing fee: $ 455.00, receipt number 74936 for 46 Notice of Appeal. (Flaherty, Elaine) (Entered: 09/13/2006) |