# United States Court of Appeals
## For the First Circuit

*05-11623*
*Massachusetts (B)*
*R. Stearns*

No. 06-2447

# MANDATE

UNITED SENIORS ASSOCIATION, INC.,
AS A PRIVATE ATTORNEY GENERAL,

Plaintiff, Appellant,

v.

PHILIP MORRIS USA, R.J. REYNOLDS TOBACCO COMPANY,
BROWN & WILLIAMSON TOBACCO CORPORATION, INDIVIDUALLY
AND AS THE SUCCESSOR TO THE AMERICAN TOBACCO COMPANY,
LORILLARD TOBACCO COMPANY, AND LIGGETT GROUP, INC.,

Defendants, Appellees.

### JUDGMENT

Entered:  August 20, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of dismissal is affirmed on the ground that United Seniors Association, Inc. lacks Article III standing to bring action under MSP § 1395y(b)(3)(A).

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

Certified and Issued as Mandate
under Fed. R. App. R 41.

Richard Cushing Donovan, Clerk

*Jennifer Calarelo*

Deputy Clerk

Date: 9/10.07

[cc: Daniel R. Walfish, Esq., Alan E. Untereiner, Esq., Amar D. Sarwal, Esq., Robin S. Conrad, Esq., Patricia Anne Hartnett, Esq., David Sempert, Esq., Gay L. Tedder, Esq., Andrew D. Carpenter, Esq., Scott E. Erlich, Esq., Erin K. Higgins, Esq., Thomas Edward Peisch, Esq., Theodore M. Grossman, Esq., Kate Bushman, Esq., Traci L. Lovitt, Esq., Harold K. Gordon, Esq., Michael A. Carvin, Esq., Andrew J. McElaney, Jr., Esq., Michael K. Murray, Esq., Robert A. McCarter, III, Esq., Murray R. Garnick, Esq., Geoffrey J. Michael, Esq., Jonathan W. Cuneo, Esq., Charles J. Fitzpatrick, Esq., Joseph R. Egan, Esq., Robert J. Cynkar, Esq., Kevin T. Peters, Esq., Christopher Weld, Jr., Esq.]