# United States Court of Appeals
## For the First Circuit

No. 06-2447
D.C. No. 05-11623

UNITED SENIORS ASSOCIATION, INC., as a private
attorney general

Plaintiff - Appellant

v.

PHILIP MORRIS USA, INC.; R.J. REYNOLDS TOBACCO
COMPANY; BROWN & WILLIAMSON TOBACCO CORPORATION,
individually and as the successor to the American
Tobacco Company; LORILLARD TOBACCO COMPANY, INCORPORATED;
LIGGETT GROUP, INC.

Defendants - Appellees

TAXATION OF COSTS

Entered: December 11, 2007
Pursuant to 1st Cir. R. 27.0(d)

    Costs in favor of Appellee Philip Morris USA, Inc. are taxed
as follows:

| | |
|---|---|
| Reproduction of Appellee's Brief: | $ 113.40 |
| Reproduction of Appendix: | $ 62.10 |
| **TOTAL:** | **$ 175.50** |

    Pursuant to Fed. R. App. P. 39 (d)(3), the district court is
directed to add this taxation of costs to the mandate issued on
September 10, 2007.

                                        By the Court:
                                        Richard Cushing Donovan, Clerk


                                        By:_____
                                            Appeals Attorney

HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY

FIRST CIRCUIT COURT OF APPEALS
BOSTON MA
By_____ Date 12/11/07

[Certified copy: Ms. Sarah A. Thornton, Clerk of the United
States District Court of Massachusetts]

[cc: Christopher Weld, Jr. Esq., Kevin T. Peters, Esq., Raymond
P. Austrotas, Esq., Robert J. Cynkar, Esq., Joseph R. Egan, Esq.,
Charles J. Fitzpatrick, Esq., Jonathan w. Cuneo, Esq., Geoffrey
J. Michael, Esq., Murry R. Garnick, Esq., Robert A. McCarter,
III, Esq,. Michael K. Murray, Esq., Harold K. Gordon, Esq., Traci
L. Lovitt, Esq., Michael A. Carvin, Esq., Theodore M. Grossman,
Esq., Thomas Edward Peisch, Esq., Erin K. Higgins, Esq., Scott E.
Erlich, Esq., David Sempert, Esq., Patricia Anne Hartnett, Esq.,
Daniel R. Walfish, Esq., Alan E. Untereiner, Esq., Amar D.
Sarwal, Esq., Robin S. Conrad, Esq., Gary L. Tedder, Esq., Andrew
D. Carpenter, Esq., Kate Bushman, Esq.,
Andrew J. McElaney, Jr., Esq.]